UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 2:25-cr-131-SPC-NPM

JOHN JAMES ADDUCCI
_____/

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 64). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting in the following assets, which were **seized from the defendant's residence on or about June 25, 2025:**

    a.     Black WD Elements Hard Drive, serial number 3MGLBPYU;

    b.     HP laptop, Model 17t-k200, serial number 5CD5287JY;

    c.     Western Digital Black External hard drive, serial number WXT1E59CM76H;

    d.     Four SanDisk USB drives;

    e.     Eitomin Tablet;

    f.     HP HDX laptop, serial number CNF9424XWB;

    g.     Samsung S10 Plus, serial number R38M20K15PA; and

    h.     Black Samsung.

*See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 64) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2026.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record