**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**                                          **Case No.: 2:25-cr-131-SPC-NPM**

**JOHN JAMES ADDUCCI,**
**Defendant.**

_____/

### DEFENDANT'S NOTICE OF REMAINING OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Defendant John Adducci, by and through undersigned counsel, files this Notice of Remaining Objections to the Presentence Investigation Report in compliance with the Court's Sentencing Scheduling Order (Doc 63).

Defendant Adducci continues to object to the proposed application pursuant to USSG Section 2G2.2(b)(5) of the five level "pattern of activity" enhancement discussed in PSI paragraph 42. The multiple grounds for Defendant's objection are discussed in detail towards the beginning of Defendant's Sentencing Memorandum.

1

Dated: March 19, 2026

Respectfully submitted,

*/s/ Kevin Darken*
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@jpfirm.com
**TODD FOSTER**
Florida Bar No.: 0325198
tfoster@jpfirm.com
**JOHNSON POPE BOKOR**
**RUPPEL & BURNS**
400 N Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court for the Middle District of Florida on this 19th day of March 2026 by uploading it to the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin Darken*
**KEVIN DARKEN**

2