UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 2:25-cr-131-SPC-NPM

JOHN JAMES ADDUCCI
_____/

## FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 95). The Government seeks to have forfeited the below assets (hereinafter "Assets"), which were subject to February 23, 2026 Preliminary Order of Forfeiture (Doc. 70):

   a.   Black WD Elements Hard Drive, serial number 3MGLBPYU;

   b.   HP laptop, Model 17t-k200, serial number 5CD5287JY;

   c.   Western Digital Black External hard drive, serial number WXT1E59CM76H;

   d.   Four SanDisk USB drives;

   e.   Eitomin Tablet;

   f.   HP HDX laptop, serial number CNF9424XWB;

   g.   Samsung S10 Plus, serial number R38M20K15PA; and

   h.   Black Samsung.

Although the Government gave proper notice, no third parties have

petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 95) is **GRANTED.**

1.    Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Federal Rules of Criminal Procedure 32.2(c)(2).

2.    Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida, on May 26, 2026.

_Sheri Polster Chappell_
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

2